

SIDLEY AUSTIN LLP
787 SEVENTH AVENUE
NEW YORK, NY 10019
+1 212 839 5300
+1 212 839 5599 FAX

AMERICA • ASIA PACIFIC • EUROPE

EJOYCE@SIDLEY.COM
+1 212 839 8555

December 12, 2019

**By ECF**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re: *Dill v. JPMorgan Chase Bank, N.A.*, No. 19-cv-10947 (KPF)

Dear Judge Failla:

On behalf of JPMorgan Chase Bank, N.A. ("JPMorgan Chase"), I submit this letter in accord with your Individual Rules to request an extension of time in which to file a response to the Complaint. JPMorgan Chase requests that its time to respond be extended to January 31, 2020. Plaintiffs consent to this request.

A response is currently due on December 18, 2019. No party has previously requested an extension or adjournment in this action. An extension is warranted to allow JPMorgan Chase and its counsel sufficient time to analyze the Complaint and to assess JPMorgan Chase's potential responses.

Respectfully submitted,

/s/ Eamon P. Joyce
Eamon P. Joyce

cc: Michael S. Devorkin, counsel for plaintiff
David S. Golub, counsel for plaintiff

Sidley Austin (NY) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

Application GRANTED.

Dated: December 12, 2019
New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE