**GOLENBOCK EISEMAN
ASSOR BELL & PESKOE** LLP

DIRECT DIAL NO.: (212) 907-7348
DIRECT FAX NO.: (212) 754-0330
EMAIL ADDRESS: MDEVORKIN@GOLENBOCK.COM

Attorneys at Law | 711 Third Avenue, New York, NY 10017-4014
T (212) 907-7300 | F (212) 754-0330 | www.golenbock.com

March 5, 2020

**VIA ECF and Email**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: *Dill, et ano v. J.P. Morgan Chase Bank, N.A.*, 19-cv-10947 (KPF)

Dear Judge Failla,

We represent plaintiffs in this matter. The parties have been conferring in order to report today on discovery issues, pursuant to your February 21 Order (Dkt. 27). Plaintiffs' counsel have some conflicting matters, including briefs due tomorrow and respectfully request the Court to adjourn until tomorrow the date to report in this case. Counsel for defendant has consented to this request.

Thank you.

Respectfully,

Michael S. Devorkin

Cc: Eamon Joyce, Esq. (by email)
David Golub, Esq. (by email)
Steven Bloch, Esq. (by email)

Application GRANTED. The parties have until 5:00 p.m. on March 6, 2020, to file the letter ordered by the Court on February 21, 2020. (Dkt. #27).

Dated: March 5, 2020
       New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

3429535.2