UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- :
HAROLD R. DILL and EDWARD M. APPLEBY, :
on behalf of themselves and All others similarly :
situated :
 :
                                Plaintiff(s) :
V. :
 :
JPMORGAN CHASE BANK, N.A. :
---------------------------------------------------------------- :

**MEMO ENDORSED**

Civil Action No. 19-cv-10947 (KPF)

MAY 29, 2020

**PLAINTIFFS' NOTICE OF MOTION, PURSUANT TO FED. R. CIV. P. 21, FOR LEAVE TO ADD A PARTY PLAINTIFF AND PUTATIVE CLASS REPRESENTATIVE IN THIS ACTION**

     PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion of Plaintiffs Harold R. Dill and Edward M. Appleby, pursuant to Fed. R. Civ. P. 21, and upon plaintiffs' Proposed Amended Complaint, attached hereto as Exhibit A, and all pleadings and proceedings herein, plaintiffs, by the undersigned, will move this Court, before the Honorable Katherine Polk Failla, at the United States Courthouse, 40 Foley Square, Courtroom 618, New York, New York, on a date and time to be determined by the Court, for and order granting them leave to join Kari Garber as an additional party plaintiff and putative class representative in this action and to file their Proposed Amended Complaint adding Ms. Garber.

|  |  |
|---|---|
| DATED: May 29, 2020 | Respectfully submitted, |

By: /s/ *David S. Golub*
David S. Golub, Esq.
Steven L. Bloch, Esq.
Ian W. Sloss, Esq.
SILVER GOLUB & TEITELL LLP
184 Atlantic Street
Stamford, CT 06901
Tel. (203) 325-4491
Email: dgolub@sgtlaw.com
         sbloch@sgtlaw.com
         isloss@sgtlaw.com

Michael S. Devorkin, Esq.
Nick DiMarino, Esq.
Golenbock Eiseman Assor Bell & Peskoe LLP
711 Third Ave.
New York, N.Y. 10017
Tel. (212) 907-7348
Email: mdevorkin@golenbock.com
         ndimarino@golenbock.com

*Attorneys for plaintiffs*

```
The Court is in receipt of Plaintiffs' motion for leave to add Kari Garber
as a plaintiff pursuant to Federal Rule of Civil Procedure 21.  (Dkt. #38).
The Court ORDERS Defendant to respond to Plaintiffs' motion on or before
June 15, 2020.  Should Plaintiffs feel the need to file a reply memorandum,
such memorandum will be due on or before June 22, 2020.

Dated:     June 1, 2020                SO ORDERED.
           New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE