**GOLENBOCK EISEMAN ASSOR BELL & PESKOE**LLP

Attorneys at Law   |   711 Third Ave.,   New York, NY  10022-7020
T  (212) 907-7300   |   F  (212) 754-0330   |   www.golenbock.com

Direct Dial No.: (212) 907-7348
Direct Fax No.: (212) 754-0330
Email Address: MDEVORKIN@GOLENBOCK.COM



October 1, 2020

**Via E-Filing and Email**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:   Dill *et al*. v. JP Morgan Chase Bank, N.A., Case No. 19-cv-10947 (KPF)
        Scheduling and other issues re Rely Brief on Pending Section 1292 motion

Dear Judge Failla:

We write on behalf of Plaintiffs concerning Plaintiffs' Notice of Motion for their pending motion to certify an interlocutory appeal ("Motion"), filed September 1, 2020 (ECF Doc. 58). Defendant has consented to relief requested herein authorizes me to send this letter.

First, currently, pursuant to the Court's approval of our prior stipulation (ECF Doc 63), Defendant filed its opposition to the Motion on September 22 (ECF Doc 67), and our reply is due October 6. I have forgotten about the Jewish holiday of Sukkot this weekend, and Defendant has agreed we may file our reply brief on October 9.

Second, Defendant has agreed that Plaintiffs reply brief may be fifteen (15) pages rather than ten (10) as provided by the Court's Rule 4B. Plaintiffs' opening brief was only seventeen (17) rather than the twenty-five (25) permitted by the local rules. Defendant's opposition brief was twenty-one (21) pages.

If these changes are acceptable to the Court, we request that you endorse this letter to that effect.

3588099.1

**GOLENBOCK EISEMAN**
**ASSOR BELL & PESKOE** LLP

Hon. Katherine Polk Failla
October 1, 2020
Page 2

    Thank you.

                                     Respectfully,

                                       /s/ Michael S. Devorkin

                                     Michael S. Devorkin

                                     Silver Golub & Teitell LLP

                                     By:    David S. Golub
                                                Steven L. Bloch

    cc: Eamon Joyce, Esq. (by email)

```
Application GRANTED.  Plaintiffs may file their reply on October 9, 2020, and
the reply brief may reach 15 pages.

Dated:    October 1, 2020           SO ORDERED.
          New York, New York
```

*[Signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

3588099.1