UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HAROLD R. DILL and EDWARD M. APPLEBY,

                Plaintiffs,

-v.-

JPMORGAN CHASE BANK, N.A.,

                Defendant.

19 Civ. 10947 (KPF)

ORDER

KATHERINE POLK FAILLA, District Judge:

On November 5, 2020, Defendant moved to dismiss all claims of Plaintiffs Kari Garber and Laura Stancyzk. (Dkt. #73). On December 10, 2020, the Court endorsed the parties' stipulation of dismissal as to the claims of Plaintiffs Garber and Stancyzk, effectively mooting Defendant's motion to dismiss. (Dkt. #80). Accordingly, the Clerk of Court is ORDERED to terminate the motion at docket entry 73.

    SO ORDERED.

Dated:    January 20, 2021
              New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge