UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HAROLD R. DILL and EDWARD M. APPLEBY,<br><br>                              Plaintiffs,<br><br>                -v.-<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>                              Defendant. | 19 Civ. 10947 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On May 5, 2022, the parties informed the Court that Plaintiffs Dill and Appleby had reached individual settlements in principle with JPMorgan Chase Bank, and that they would write to apprise the Court of further developments. The parties are ORDERED to file a letter updating the Court on the status of settlement discussions on or before July 20, 2022.

      SO ORDERED.

Dated:  July 13, 2022
            New York, New York

                                                  KATHERINE POLK FAILLA
                                               United States District Judge